UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR01-370-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| DANAN A. NORWOOD, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on August 14, 2007.  The United States was represented by AUSA Douglas B. Whalley and the defendant by Jennifer Wellman appearing for Nancy Tenney.  The proceedings were digitally recorded.

Defendant had been sentenced on or about March 15, 2002 by the Honorable Barbara Rothstein on a charge of Possession of Marijuana with Intent to Distribute, and sentenced to 60 months custody, 4 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant  participate in drug treatment, abstain from alcohol, submit to search and provide

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

access to financial information. (Dkt.17, page 4.)

In an application dated June 12, 2007 (Dkt. 18), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of supervised release:

    1.    Committing the law violation of reckless driving on or about September 18, 2006, in violation of the general condition of supervision requiring that he commit no other federal, state, or local crimes.

    2.    Failing to abstain from the use of alcohol on or about September 18, 2006, in violation of the special condition of supervision that he abstain from the use of alcohol.

    3.    Committing the law violations of driving under the influence of alcohol, negligent driving, and driving while license suspended on or about February 8, 2007, in violation of the general condition of supervision requiring that he commit no other federal, state, or local crimes.

    4.    Failing to be truthful to the probation officer in violation of standard condition 3.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 23.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

///

///

///

///

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

Pending a final determination by the Court, defendant has been released on the conditions of supervised release.

DATED this 14th day of August, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:	Honorable Ricardo S. Martinez
	AUSA:	Douglas B. Whalley
	Defendant's attorney:	Jennifer Wellman, Nancy Tenney
	Probation officer:	Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3